Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:15-cv-00293-MCE-SMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| EDWARD GHARIBEH dba ABE'S LIQUOR & FOOD, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 14, 2015              MOORE LAW FIRM, P.C.


                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff
                                Ronald Moore

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action, 1:15-cv-00293-MCE-SMS, be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT